LAW OFFICE OF

# ROBERT THOMAS HOMLAR

ADMITTED GA, SC & TN

A GEORGIA PROFESSIONAL CORPORATION

POST: P.O. BOX 1187 AUGUSTA, GEORGIA 30903

AND

OFFICE: 580 JAMES BROWN BOULEVARD AUGUSTA, GEORGIA 30901

UNITED STATES OF AMERICA

TELEPHONE (706) 831-0859 & (803) 761-0076          ROBERT@HOMLARLAW.COM

TELECOPIER (706) 432-1722                                              HOMLARLAW.COM

21 February 2024

**Via certified mail 70220410000164256750 return receipt requested 9590940274932055754085**

Lena J. Bonner

Clerk of Commission

535 Telfair Street

Suite 220

Augusta, GA 30901

**Via certified mail 70220410000164256767 return receipt requested 9590940274932055754092**

Mayor Garnett L. Johnson

Mayor of the City of Augusta

535 Telfair Street

Suite 200

Augusta, GA 30901

**Via certified mail 70220410000164256774 return receipt requested 9590940274932055754108**

Wayne Brown

General Counsel

Augusta-Richmond County Law Department

535 Telfair Street

Building 3000

Augusta, GA 30901

**Via certified mail 70220410000164256781 return receipt requested 9590940274932055754078**

Sheriff Richard Roundtree

Richmond County Sheriff's Office

400 Walton Way

Augusta, GA 30901

RE: Ante Litem Notice Maurice Rivera
Claim accrued: On or about September 12, 2023
Our File Number:24/659

## ANTE LITEM NOTICE

This letter will serve as an ante litem notice to the Richmond County Sheriff's Office and Augusta-Richmond County Government through the Clerk of Commission for the Commission, the Mayor, and the General Counsel Augusta-Richmond County Law Department. This is in reference to claims, on behalf of the above-referenced client Maurice Rivera for wrongful arrest, malicious prosecution, assault battery and other claims based on the facts as outlined below.

On July 16, 2020, Tyler Middleton reported to law enforcement that he was randomly approached while on foot by a white female and two men in masks pointing a rifle and robbed as they drove by in a 2012 Nissan Maxima. He said it was random "bad luck" and he had no idea why he was robbed.

After video footage was pulled and showed he was not robbed at the location he claimed, nor in the manner he claimed, and that no one grabbed him off the street, he changed his story. This time he said he met a woman on "Plenty of Fish", a sexual dating website, who picked him up and had two black men in the back of her car. Middleton said two black males were in the backseat with medical masks on. Middleton claims they went down a back street where he says he was held at gunpoint, robbed, and forced out of the car. This time a security video did show him exiting a 2019 Hyundai Elantra with South Carolina plates registered to Adrianne Hilton. Investigator Walter McNeil was assigned to the case.

Hilton's photo was shown to Middleton who claimed that she was the driver who he had met up with. Hilton's Facebook information was reviewed. From this identification, Inv. Sean Morrow located a Facebook profile for a "Pedro Kilo" who "matched the picture of the black male who Tyler Middleton identified as the black male with the gun." (RCSO Investigative report Page 3 of 7 entry July 16, 2020, 2045 hours). RCSO Intel officer "Paxton Hammond found some old Facebook post from Adrianne Hilton in which she referenced a 'Maurice Rivera.' Inv. McNeil observed from the Facebook post 'Maurice Rivera' is 'Kilo Pedro.'(sic)" *Emphasis added* (RCSO Investigative report Page 4 of 7 entry July 17, 2020, 1258 hours). This identification was the basis for arresting Mr. Rivera on August 3, 2020. He was indicted for Armed Robbery and Possession of a Firearm during the commission. His charges were dismissed and he was released from confinement on September 12, 2023. During that time, he was in and out of custody. He was harassed and abused by guards including being pulled out of the shower while naked and tormented relentlessly while locked up.

Through an Open Records Act request to the Richmond County Sheriff's Office, a copy of "Pedro Kilo"'s profile as obtained by RCSO was provided. In the profile, the "registered email address" for "Pedro Kilo" is keenostaley2000@gmail.com. (345182336750401, page 1 facebook profile provided in response to Open Records Act Request of January 3, 2024). The facebook profile was being accessed and from various locations

throughout South Carolina and other locations during the period Mr. Rivera was incarcerated. (Pages 3-22). The page owners date of birth is listed at September 29, 2000. (Page 38). The page owner searched for "Maurice Rivera" and "Adrianne Hilton" on August 11, 2020. (Page 133). The page owner was looking for information about "the Richmond Police Department" and news articles that included "news 12 adrian hilton" during the time my client was incarcerated. (Pages 137-138). The page owner provide an email where he could be reached as "keenondadawg@gmail.com" (page 197). A contact calls the page owner "Keenon" in a message. (Page 222). Lastly, and most damningly, "Pedro Kilo", discussing the incident with another person, states in reference to my client "they got the wrong person" (Page 229, Sent 2020-08-05 19:21:37 UTC). And that "her bf look like me or sum (sic)." (Page 230, Sent 2020-08-05 19:23:23 UTC). A brief internet search based on the email, name reference, IP locations and date of birth, along with comparisons to photos on the "Pedro Kilo" Facebook shows that "Pedro Kilo" is Keenon Trayvon Staley. Mr. Staley has a criminal history. (See https://www.live5news.com/2019/03/27/deputies-arrest-man-locate-gun-following-shooting-charleston-county/).

In the warrant, Investigator McNeil claimed "Inv. Morrow was able to find a Facebook profile for "Pedro Kilo" who matched the picture of the black male who Tyler Middleton identified as the black male with the gun."

The warrant goes on to blankly assert "Through further investigation and help thru (sic) RCSO Intel and US Marshall Deputy Timothy Keen, Inv. McNeil was able to find out the name of the black male suspect who was in the back seat of the vehicle with the AR. The suspects (sic) name is Maurice C. Rivera"

The warrant was signed on or about July 21, 2020 at 3:21 PM.

While Mr. Staley bears limited resemblance to Marice Rivera and an identification on that basis is wrong. This information was known to Richmond County Sheriff's investigators shortly after the arrest of Mr. Rivera yet he remained in custody.

As a result of his arrest and detention, my client has suffered mental health issues, loss of income, and associated mental and physical harm from the detention and wrongful arrest.

Should Augusta-Richmond County Government and the Richmond County Sheriff's Office desire to resolve this case, I have been authorized by my client to accept $1,800,000 on his in full and final resolution of any and all claims. This firm's Tax Identification Number is: 81-1804053. We will be happy to provide a signed W-9 upon your request, but your request does not extend any time limits under this offer. A check in the amount of $1,800,000 made payable to "Maurice Rivera and Robert T. Homlar P.C., in his capacity as attorney" can be delivered within thirty (30) days of your receipt of this notice to our office at 580 James Brown Blvd. Augusta, GA 30901.

In the event that these claims cannot be settled without litigation, we are hereby providing notice that we intend to file a civil action against the Augusta-Richmond County and the Richmond County Sheriff's Office

*Rivera Ante Litem Notice Page 4 of 4*

seeking any and all damages, including, but not limited to, attorney's fees and expenses of litigation, that my client is entitled to under Georgia and federal law as it relates to all of the matters set forth herein.  In the meantime, please contact us if there is any additional information you believe we can provide regarding this matter.

I look forward to hearing from you.


Cordially,


Robert T. Homlar

**Card 1 (top left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne Brown
Chief Court
Augusta Judicial Circuit
735 Telfair Street 3000
Augusta, GA 30901

9590 9402 7493 2055 7541 08

2. Article Number (Transfer from service label)
7022 0410 0001 6425 7714

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                2-22-24
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Card 2 (middle left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Major Gareth L. Johnson
Augusta Sheriff's Office
735 Telfair St.
Suite 200
Augusta, GA 30901

9590 9402 7493 2055 7540 92

2. Article Number (Transfer from service label)
7022 0410 0001 6425 7767

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Kena Shaw
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Card 3 (top right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Richard Roundtree
Richmond County Sheriff's Office
400 Walton Way
Augusta, GA 30901

9590 9402 7493 2055 7540 78

2. Article Number (Transfer from service label)
7022 0410 0001 6425 7781

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Card 4 (bottom right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lena J. Bonner
Clerk of Commission
535 Telfair St.
Suite 220
Augusta, GA 30901

9590 9402 7493 2055 7540 85

2. Article Number (Transfer from service label)
7022 0410 0001 6425 7750

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Natasha Morales
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery