```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                      AUGUSTA DIVISION
```

| | | |
|---|---|---|
| MAURICE CODY RIVERA, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-188 |
| WALTER MCNEIL, et al., | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is Plaintiff's unopposed motion to amend his complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Doc. 12.) The motion is Plaintiff's first request to amend his pleading and was filed within 21 days of Defendants' motions to dismiss pursuant to Rule 12(b)(6) (Doc. 10; Doc. 11). Moreover, Plaintiff's motion complies with the deadlines set in the governing Scheduling Order. (Doc. 7.) Because Plaintiff's motion complies with the requirements of Rule 15(a)(1)(B) and the Scheduling Order, the Court **GRANTS** Plaintiff's motion to amend his complaint.

Based on the foregoing, the Court **GRANTS** Plaintiff's motion to amend his complaint (Doc. 12) and the amended complaint attached to Plaintiff's motion (Doc. 12-1) is now the operative complaint. Defendants' motions to dismiss (Doc. 10; Doc. 11) are **DENIED AS MOOT**. Regular briefing and response deadlines shall be in place.

**ORDER ENTERED** at Augusta, Georgia, this ___24th___ day of January, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```