IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MAURICE CODY RIVERA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALTER MCNEIL, )<br>(First Defendant) )<br>)<br>SEAN MORROW, )<br>(Second Defendant) )<br>)<br>PAXTON HAMMOND, )<br>(Third Defendant) )<br>) | Civil Action No.<br>1:24-cv-188<br><br>JURY TRIAL DEMANDED |

## STATUS REPORT OF AUGUST 14, 2025

The Plaintiff and Defendants, through their undersigned counsels, file the following status report.

A final settlement agreement of the lawsuit has been reached. Counsel anticipates disbursement of funds within no more than thirty (30) days from the date of the filing of this Status Report. At that time, the case will be dismissed. The parties would request an additional thirty (30) days for full and final resolution of the lawsuit which will be dismissed at that time.

  This 14th day of August 2025

1

**/S/ Robert T. Homlar**
Robert T. Homlar
Attorney for PLAINTIFF RIVERA


**/S/ Randolph Frails**
Randolph Frails
Attorney for DEFENDANTS

2