IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MAURICE CODY RIVERA, ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 1:24-cv-188 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| WALTER MCNEIL, ) | |
| (First Defendant) ) | |
| ) | |
| SEAN MORROW, ) | |
| (Second Defendant) ) | |
| ) | |
| PAXTON HAMMOND, ) | |
| (Third Defendant) ) | |
| ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maurice Cody Rivera and Defendants Walter McNeil, Sean Morrow, and Paxton Hammond, by and through their undersigned counsel, hereby stipulate and agree that this action is dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

This 4th day of September 2025

**/S/ Robert T. Homlar**
Robert T. Homlar
Attorney for PLAINTIFF RIVERA

**/S/ Randolph Frails**
Randolph Frails
Attorney for DEFENDANTS

1